# EXHIBIT A

## READY2GROW™ Use Positions
### • Positions READY2GROW™
### • Posiciones del uso READY2GROW™

### ⚠ WARNING
DO NOT allow child to stand on platform, facing backwards. To avoid falling, child must hold onto stroller frame.

### ⚠ MISE EN GARDE
NE PAS laisser l'enfant se tenir debout sur la plateforme, face vers l'arrière. Pour éviter les chutes, l'enfant doit tenir le cadre de la poussette.

### ⚠ ADVERTENCIA
NO deje que el niño se pare sobre la plataforma mirando hacia atrás. Para evitar caídas, el niño debe agarrarse del armazón del cochecito.

