# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JEMACO, LLC,<br> *Plaintiff*,<br>v.<br><br>GRACO CHILDREN'S PRODUCTS INC.,<br> *Defendant*. | Civil Action No. 2:16-cv-00660-JRG<br><u>LEAD CASE</u> |
| JEMACO, LLC,<br> *Plaintiff*,<br>v.<br><br>BABY TREND INC.,<br> *Defendant*. | Civil Action No. 2:16-cv-00558-JRG<br><u>MEMBER CASE</u> |

## ORDER OF DISMISSAL WITH PREJUDICE

  Before the Court is Plaintiff Jemaco, LLC and Defendant Baby Trend Inc.'s Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff Jemaco, LLC and Defendant Baby Trend Inc. in the above captioned case (Dkt. No. 63).  The Court, being well-advised, finds that the Motion should be GRANTED.  It is, therefore, ORDERED that all claims asserted in this suit between Plaintiff Jemaco, LLC and Defendant Baby Trend Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated March 9, 2017.   It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

  **So ORDERED and SIGNED this 21st day of March, 2017.**

*[Signature: Rodney Gilstrap]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE